IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JULIA GARRETT, | § | |
| PLAINTIFF, | § | |
| | § | CAUSE NO. A-18-CV-061-LY |
| V. | § | |
| | § | |
| GENERAL MOTORS LLC, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On August 22, 2018, the parties filed a Joint Stipulation of Dismissal with Prejudice (Doc. #6), which the court approved by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this 27th day of August, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE